AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Jedidah Michael Gauzza | ) Case No. 7:13-CR-00321-003 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

F I L E D
DEC 20 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Jedidah Michael Gauzza
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Defendant failed to comply with conditions of Supervised Release

Date: 12/23/2015

*Issuing officer's signature*

City and state: Midland, Texas

Lorena Gonzalez, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/20/18, and the person was arrested on *(date)* 12/20/18
at *(city and state)* LOUDOUN, VA

Date: 12/20/18

*Arresting officer's signature*

Andrew Wong / DUSM
*Printed name and title*

PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

Western District of Texas



FILED
DEC 23 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jedidah Michael Gauzza                         Case Number: 7:13CR00321-003

Name of Sentencing Judicial Officer:  Honorable Robert Junell, U.S. District Judge

Date of Original Sentence: April 16, 2014

Original Offense:  Aiding & Abetting Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) & 18 U.S.C. § 924(a)(2) & 18 U.S.C. § 2

Original Sentence:  24 months imprisonment and 3 years supervised released

Type of Supervision: Supervised Release          Date Supervision Commenced:  December 9, 2015

Assistant U.S. Attorney:  Violet LaTawn Warsaw         Defense Attorney:  Piper Fisher Morgan

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall refrain from any unlawful use of a controlled substance." |
| | The defendant reported to the U.S. Probation on December 17, 2015. During the office visit, the defendant provided a urine sample, testing positive for methamphetamine. Guazza then admitted in writing to methamphetamine use. |

A true copy of the original, I certify.
Clerk, U. S. District Court

By _____
         Deputy

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked. (Maximum penalty: <u>24</u> months imprisonment; <u>3</u> years supervised release.

☐ extended for _____ years for a total term of _____ years

The conditions of supervision should be modified as follows:

Approved by:

*(signature)*

Oswaldo Hinojos
Supervising U.S. Probation Officer
Telephone: (432) 686-4060 Ext.2227

Respectfully submitted by:

*(signature)*

Randy Gardea
U.S. Probation Officer
Telephone: (432) 686-4060 Ext 2248
Date: December 23, 2015

rg

cc:

---

THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other _____

_____
Honorable David Counts
U.S. Magistrate Judge
12/23/2015
Date